## S07A0448. BOONE v. THE STATE.
### (644 SE2d 136)

SEARS, Chief Justice.

In 2001, Verdice Boone pled guilty in Polk County to felony murder, aggravated battery, and arson. He received a life sentence for felony murder and a concurrent 20-year sentence for the arson offense. In 2006, Boone filed a motion to withdraw his guilty plea. "It is well settled that when the term of court has expired in which a defendant was sentenced pursuant to a guilty plea, the trial court lacks jurisdiction to allow the withdrawal of the plea. [Boone's] only available means to withdraw his guilty plea is through habeas corpus proceedings."[1] Accordingly, the trial court properly denied Boone's motion to withdraw his guilty plea.[2]

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 24, 2007.

Verdice Boone, *pro se*.

*Fred A. Lane, Jr., District Attorney, Craig E. Miller, Assistant District Attorney, Thurbert E. Baker, Attorney General*, for appellee.

---

[1] *Henry v. State*, 269 Ga. 851, 853 (507 SE2d 419) (1998) (citations omitted).

[2] *Rubiani v. State*, 279 Ga. 299 (612 SE2d 798) (2005).